UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Bennett, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Francis M. Roache, et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 92-CV-12895-WGY |
| Veda Bennett, et al., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>City of Boston, et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 1:93-cv-10403-WGY |

**MOTION OF BOSTON GLOBE MEDIA PARTNERS, LLC TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING PERMISSION TO PHOTOGRAPH OR SCAN PORTIONS OF CASE FILE AND OBTAIN COPY OF AUDIO RECORDINGS**

Boston Globe Media Partners, LLC (the "Globe") respectfully moves to intervene in the above captioned actions for the limited purpose of asking the Court to exercise its supervisory authority over its case files to permit the Globe to (i) photograph or scan copies of designated portions of the case files in the two captioned actions and (ii) obtain copies of two audio recordings in the case file, subject to the Globe's payment of the standard copying fees charged by the District Court's Clerk's Office. *See generally Federal Trade Commission v. Standard Fin. Mgmt. Co.*, 830 404 F.2d 404, 407 (1st Cir. 1987) (noting intervention to seek access to court records); *Anderson v. Cryovac, Inc.*, 805 F.2d 1, 4 (1st Cir. 1986) (intervention to seek access to discovery materials)

As grounds for its motion, the Globe relies upon its memorandum of law and the Declaration of Evan Allen filed herewith.

By its attorneys,

*/s/ Jonathan M. Albano*
Jonathan M. Albano
BBO #013850
jonathan.albano@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA  02110-1726
+1.617.341.7700

Dated:  January 26, 2022

## CERTIFICATE OF SERVICE

I, Jonathan M. Albano, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 26, 2022.

*/s/ Jonathan M. Albano*
Jonathan M. Albano